PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Shedrick Jones</u>  Case Number: <u>3:04-00002</u>

Name of Sentencing Judicial Officer: <u>Honorable William J. Haynes, Jr., Chief U.S. District Judge</u>

Date of Original Sentence: <u>July 8, 2005</u>

Original Offense: <u>Possession of Stolen Firearm.</u>

Original Sentence: <u>120 months' imprisonment and 1 year of supervised release.</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>February 23, 2012</u>

Assistant U.S. Attorney: <u>S. Carren Daughtrey</u>  Defense Attorney: <u>R. David Baker</u>

---

THE COURT ORDERS:

☒ No Action *as recommended*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 27th day of August, 2012, and made a part of the records in the above case.

_____
Honorable William J. Haynes,. Jr.
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Roger D. Carrier
U.S. Probation Officer

Place:  Columbia, Tennessee

Date:  August 21, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.　Nature of Noncompliance

**1.**　**The defendant shall refrain from any unlawful use of a controlled substance:**

On July 23, 2012, Mr. Jones submitted a urine sample at the probation office, which tested positive for cocaine. On July 31, 2012, Mr. Jones admitted that he had recently used cocaine.

### Compliance with Supervision Conditions and Prior Interventions:

Shedrick Jones is a resident of Davidson County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since February 23, 2012. He has been regularly employed at Goodwill Industries since January 2012. He lives alone in Nashville, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence.

On May 21, 2012, a 12B petition requesting a hearing to modify the offender's conditions was filed by U.S. Probation Officer Karen Webb, notifying the Court of the offender's positive drug screen for cocaine and marijuana. Said petition was signed by Your Honor on May 25, 2012, ordering a modification hearing to be held on June 8, 2012. Prior to the hearing, the parties involved reached an agreement, wherein Mr. Jones agreed to have his conditions of supervised release modified to include drug treatment. An agreed order reflecting this agreement was signed by Your Honor on June 8, 2012.

This probation officer issued a verbal reprimand to Mr. Jones for violating his conditions of supervised release by using illegal drugs. Mr. Jones was re-instructed as to all his conditions, and specifically instructed not to possess or use illegal substances. Ms. Jones understands that any future illegal drug use will most likely result in a request for a summons and a recommendation for revocation. Mr. Jones has recently started attending the Low-Intensity Outpatient Program(LIOP) at Centerstone, in Madison, Tennessee. Participants in the LIOP engage weekly group drug treatment sessions. In addition, Mr. Jones is enrolled in the U.S. Probation drug testing program at the most intensive level. The offender's term of supervision is scheduled to expire on February 22, 2013.

### U.S. Probation Officer Recommendation:

At this time, the probation officer is requesting that no additional action be taken by the Court. It is recommended Mr. Jones continue on supervised release and undergo increased monitoring by the probation officer. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _[signature]_
　　　　　Kenneth Parham
　　　　　Supervisory U.S. Probation Officer